**Exhibit 3**

# QUESTCOR PHARMACEUTICALS, INC.
## Standard Confidentiality Agreement

In exchange for my becoming employed (or my employment being continued) by Questcor Pharmaceuticals, Inc., or its subsidiaries, affiliates, or successors (hereinafter referred to collectively as the "Company"), I hereby agree as follows:

1. I will perform for the Company such duties as may be designated by the Company from time to time. During my period of employment by the Company, I will devote my best efforts to the interests of the Company and will not engage in other employment or in any activities detrimental to the best interests of the Company without the prior written consent of the Company.

2. As used in this Agreement, the term "Inventions" means designs, trademarks, discoveries, formulae, processes, manufacturing techniques, trade secrets, inventions, improvements, ideas, original works of authorship or copyrightable works, including all rights to obtain, register, perfect and enforce these proprietary interests.

3. As used in this Agreement, the term "Confidential Information" means information pertaining to any aspects of the Company's business which is either information not known by actual or potential competitors of the Company or is proprietary information of the Company or its customers or suppliers, whether of a technical nature or otherwise.

4. Without further compensation, I hereby agree promptly to disclose to the Company, and I hereby assign and agree to assign to the Company or its designatee, my entire right, title, and interest in and to all Inventions which I may solely or jointly reduce to practice during the period of my employment with the Company (a) which pertain to any line of business activity of the Company, (b) which are aided by the use of time, material or facilities of the Company, whether or not during working hours, or (c) which relate to any of my work during the period of my employment with the Company, whether or not during normal working hours. No rights are hereby conveyed in Inventions, if any, made by me prior to my employment with the Company which are identified in a sheet attached to and made a part of this Agreement (which attachment contains no confidential information). I acknowledge that all original works of authorship which are made by me (solely or jointly with others) within the scope of my employment and which may be protected by copyrights are "works made for hire," as that term is defined in the United States Copyrights Act as in effect as of this date.

5. I agree to perform, during and after my employment, all acts deemed necessary or desirable by the Company to permit and assist it, at its expense, in obtaining and enforcing the full benefits, enjoyment, rights and title throughout the world in the Inventions hereby assigned to the Company as set forth in paragraph 4 above. Such acts may include, but are not limited to, execution of documents and assistance or cooperation in legal proceedings.

6. I agree to hold in confidence and not directly or indirectly to use or disclose, either during or after termination of my employment with the Company, any Confidential Information I obtain or create during the period of my employment, whether or not during working hours, except to the extent authorized by the Company, until such Confidential Information becomes generally known. I agree not to make copies of such Confidential Information except as authorized by the

Company. Upon termination of my employment, or upon an earlier request of the Company, I will return or deliver to the Company all tangible forms of such Confidential Information in my possession or control, including, but not limited to, drawings, specifications, documents, records, devices, models or any other material and copies or reproductions thereof.

7. I acknowledge that due to the confidential information that I will gain or have access to by virtue of my employment with the Company, I would be in a position to compete unfairly against the Company if, during and after my employment, I were to solicit any current employee of the Company to go to work for a competing company or business. Accordingly, I agree that while I am employed with the Company and after the termination of my employment, I will not solicit any current employee of the Company to go to work for a competing company or business.

8. I represent that my performance of all the terms of this Agreement and as an employee of the Company does not and will not breach any agreement to keep in confidence or in trust prior to my employment with the Company, and I will not disclose to the Company, or induce the Company to use, any confidential or proprietary information or material belonging to any previous employer or others. I agree not to enter into any agreement either written or oral in conflict with the provisions of this Agreement.

9. This Agreement (a) shall survive my employment by the Company, (b) does not in any way restrict my right or the right of the Company to terminate my employment, (c) inures to the benefit of successors and assigns of the Company, and (d) is binding upon my heirs and legal representatives.

10. This Agreement does not apply to an Invention, the assignment of which to the Company would violate applicable law, including Section 2870 of the California Labor Code, a copy of which is attached hereto as Exhibit A. I agree to disclose all Inventions made by me in confidence to the Company to permit a determination as to whether or not the Inventions should be the property of the Company.

11. I certify that, to the best of my information and belief, I am not a party to any other agreement which will interfere with my full compliance with this Agreement.

12. I certify and acknowledge that I have carefully read all of the provisions of this Agreement and that I understand and will fully and faithfully comply with such.

**Accepted & Agreed:**

Questcor Pharmaceuticals, Inc.

By: _____

Title: Senior Manager, Human Resources

Dated: 8/2/10

_Alan Killick_
Employee Signature

Alan Killick
Employee Name