**Exhibit 4**

Company. Upon termination of my employment, or upon an earlier request of the Company, I will return or deliver to the Company all tangible forms of such Confidential Information in my possession or control, including, but not limited to, drawings, specifications, documents, records, devices, models or any other material and copies or reproductions thereof.

7. I acknowledge that due to the confidential information that I will gain or have access to by virtue of my employment with the Company, I would be in a position to compete unfairly against the Company if, during and after my employment, I were to solicit any current employee of the Company to go to work for a competing company or business. Accordingly, I agree that while I am employed with the Company and after the termination of my employment, I will not solicit any current employee of the Company to go to work for a competing company or business.

8. I represent that my performance of all the terms of this Agreement and as an employee of the Company does not and will not breach any agreement to keep in confidence or in trust prior to my employment with the Company, and I will not disclose to the Company, or induce the Company to use, any confidential or proprietary information or material belonging to any previous employer or others. I agree not to enter into any agreement either written or oral in conflict with the provisions of this Agreement.

9. This Agreement (a) shall survive my employment by the Company, (b) does not in any way restrict my right or the right of the Company to terminate my employment, (c) inures to the benefit of successors and assigns of the Company, and (d) is binding upon my heirs and legal representatives.

10. This Agreement does not apply to an Invention, the assignment of which to the Company would violate applicable law, including Section 2870 of the California Labor Code, a copy of which is attached hereto as Exhibit A. I agree to disclose all Inventions made by me in confidence to the Company to permit a determination as to whether or not the Inventions should be the property of the Company.

11. I certify that, to the best of my information and belief, I am not a party to any other agreement which will interfere with my full compliance with this Agreement.

12. I certify and acknowledge that I have carefully read all of the provisions of this Agreement and that I understand and will fully and faithfully comply with such.

**Accepted & Agreed:**

Questcor Pharmaceuticals, Inc.                         Dated: 3/28/12

By: _Meredyn Hoffman_                                   _[signature]_
                                                        Employee Signature

Title: _Human Resources Generalist_                     _DOUGLAS L. GILL JR_
                                                        Employee Name