**Exhibit 7**





# SALES INCENTIVE COMPENSATION PLAN (SICP)

## Terms and Conditions
## Effective January 1, 2020 – December 31, 2020



SALES INCENTIVE COMPENSATION PLAN (SICP)

Terms and Conditions
Effective January 1, 2020 –
December 31, 2020 | 2

# CONTENTS

Purpose — 3

Administrative Policies and Procedures — 3

    Plan Governance and Development — 3

    Management's Authority — 4

    Plan Performance Dates — 4

    Payment Calculations and Communications — 4

Eligibility — 4

    Change in Employment Status — 5

    Employee Performance — 6

    Termination of Employment — 6

    Payouts Following Terminations — 7

    Leaves of Absence — 8

Collection of Prior Period Overpays — 8

Appendix — 8

    Plan Administration Template — 9


# Purpose

The Sales Incentive Compensation Plan ("SICP") Terms and Conditions document ("Terms and Conditions") has been written by Mallinckrodt Pharmaceuticals ("Mallinckrodt" or the "Company") to help Field Sales management and employees understand the overall guidelines for sales incentive compensation.

SICP compensation is in addition to base salary and any other compensation or benefits received during the course of employment with Mallinckrodt.

# Administrative Policies and Procedures

## Plan Governance and Development

The Incentive Compensation Governance Committee ("IC Governance Committee") delegates plan administration authority to the Business Units for each performance period goal setting and the Sales Incentive Compensation Team for measuring performance per the terms of the individual incentive plan ("Sub Plan") and obtaining approvals in accordance with the Company's Sarbanes-Oxley ("SOX") guidelines.

Each business defines the eligible positions covered under the Plan ("Participants") at the beginning of the Sub Plan Performance Period (as defined herein).

Each eligible Business Unit sales leadership prepares the Sub Plan for each eligible group of positions detailing the targeted up to plan payout amount, plan description, plan requirements, performance measures and payout information as applicable for the Sub Plan. All commercial businesses of Mallinckrodt with employees receiving sales-based incentive compensation are covered by these Terms and Conditions.

The Sub Plan must be approved by the IC Governance Committee in accordance with the Company's SOX guidelines.

The approval process for exceptions and adjustments to anything related to the SICP is dependent on materiality and is included in the Company's SOX guidelines.

Business Unit sales leadership notifies eligible Participants of the approved Sub Plan and the Sales Incentive Compensation Team obtains Sub Plan acknowledgements.

**It is Mallinckrodt's expectation that all sales and marketing activity by employees eligible for the SICP will be consistent with the product's approved indications as stated in the product's prescribing information, and compensation under the SICP is contingent upon compliance with this expectation.**

The Terms and Conditions shall apply to each Sub Plan document, unless it is expressly superseded by language in the Sub Plan document or superseded by local regulatory requirements



.

## Management's Authority

The SICP, Terms and Conditions, and Sub Plans are not to be construed as a contract of employment or an employment agreement for any specified period of time, or to otherwise affect the at-will nature of employment. The Company, in its sole discretion, reserves the right to amend, supplement, terminate change or interpret the SICP and Sub Plans, including, but not limited to, quotas, and/or promotional terms and conditions any time, for any reason, with or without prior notice, as permitted by applicable law. This may include adjustments of quotas up or down depending upon business circumstances.

The Company will attempt to give Participants reasonable notice before a Sub Plan is changed or terminated, but such notice is not required. If the Sub Plan is changed or terminated, Participants will be eligible for incentive compensation under the terms of the original Sub Plan for work performed prior to the change/termination. After the effective date of the change/termination, Participants will be eligible for incentive compensation under the term of the new Sub Plan (or cease eligibility for incentive compensation in the event the Sub Plan is terminated).

## Plan Performance Dates

The effective period of the Sub Plan ("Sub Plan Performance Period") is determined by each business and will be defined in the Sub Plan document.

A Plan Month is a fiscal calendar period (calendar month for Specialty Pharmaceuticals-Hospital, ARD).

## Payment Calculations and Communications

Payments are calculated and communicated within 90 days from the end of the Sub Plan Performance Period, unless otherwise specified within the Sub Plan document.

Percentage performance to quota/budget/goals will be rounded to the nearest whole percentage for quota/budget/goal attainment. For example, 99.3% will be rounded down to 99%; 99.7% will be rounded up to 100%.

All applicable taxes and other required withholdings will be deducted from the incentive payment in accordance with federal and state law.

Should the Company determine an underpayment error was made in prior incentive compensation results due to and including but not limited to a miscalculation, late posted distributor sales, credits, indirect tracing corrections, or incorrectly reported prescription data, the Company will provide the corrected payment to the Participant as soon as practical. If the error results in an overpayment, the Participant would also be obligated to reimburse the Company in full. (See subsections titled Collection of Prior Period Overpays and Payouts Following Termination).

# Eligibility


Each business defines eligible Participants at the beginning of the Sub Plan Performance Period. Except as otherwise defined in the Sub Plan documents, the following eligibility rules will apply.

## SICP Eligibility, Review, and Recovery

Sales Incentive Compensation Plans (SICP) are intended to reward qualified, profitable and ethical sales representatives who are employed in good standing by the Company, who comply with all requirements to receive incentive compensation, and who perform their work in a manner consistent with the Company's standards and requirements. Incentive compensation under this Plan is not earned unless and until all other eligibility requirements of SICP and the Plan have been met and the SICP Review Period has expired with no finding by the Company of misconduct by the Participant that would have justified the Participant's termination with Cause during the Plan Performance Period. The SICP Review Period is the 180-day period that begins on the day after the conclusion of the Plan Performance Period. The Company will calculate and pay incentive compensation as soon as practicable following the end of the Plan Performance Period. However, all such payments are considered to be advances of incentive compensation and unearned unless and until the SICP Review period has ended without a negative determination concerning the Participant. If the Company determines within 180 days after the conclusion of the Plan Performance Period that the Participant engaged in conduct during the Plan Performance Period which resulted or could have resulted in the Participant's termination for Cause, any unpaid incentive compensation from the relevant Plan Performance Period will not be paid, and any advances which were paid can be recovered by the Company. It is not required that the Company terminate a Participant for Cause for the Participant to be ineligible for incentive compensation. Similarly, the payment of incentive pay does not preclude the Company from terminating a Participant for Cause.

## Change in Employment Status

| Employment Status | Resulting Change in the Incentive Award |
|---|---|
| **New Hires Not on Training Stipend** | Participants begin their participation in the SICP from their employment date if the date falls within the first five working days of the month. If employment date is after, then participation in the SICP is on the first day of the first full Plan Month following their employment date. The participant is eligible to receive a pro-rated payout* unless specified separately within a Participant's Sub Plan document. |
| **Transfers from a non-SICP position*** | Participants begin their participation in the SICP on their effective transfer date and are eligible to receive a prorated payout unless specified separately within a Participant's Sub Plan document. |



| | |
|---|---|
| **Transfers from one territory to another\* or Transfers from one Sub Plan to another\*** | Participants begin their participation in the SICP on the first day of the first full Plan Month following their assignment date and are eligible to receive a prorated payout unless specified separately within a Participant's Sub Plan document. |
| **Transfers from SICP to Global Bonus Program** | Participants end their participation in the SICP on the last day prior to their effective transfer date and are eligible for a prorated up to plan payout and overage bonus based on the Participant Plan to Date results unless specified separately within a Participant's Sub Plan document.<br><br>If a Participant in an incentive overpay status is transferred or promoted from an SICP to a Global Bonus Program eligible position, the employee has the option to directly pay the money owed or agree to salary withholdings. Employees may be required to execute a repayment agreement and/or promissory note for the amount owed. |
| **Promotions\* from another Sub Plan** | Participants promoted from a position covered by a different Sub Plan will be eligible for a pro-rated portion of their overage incentive and any annual plan components based on the number of full Plan Months in which they participate in their respective Sub Plans during the Sub Plan Performance Periods. |

\*Performance for individuals promoted or transferred during the Sub Plan Performance Period will be reviewed for any changes during the compensation cycle.  Prior position earnings will be recalculated to account for any late posted distributor sales, credits or indirect tracing corrections, if applicable.  Any additional earnings due will be paid in the final Sub Plan Performance Period compensation cycle.  Any overpayments will be deducted from the individual's earnings in his/her new position.

## Employee Performance

Each SICP Participant is expected to maintain an acceptable level of performance, and the Participant's eligibility for SICP in a Performance Period is subject to the Participant's completion of Performance Period without receiving a Final Written Warning or being placed on a Performance Improvement Plan. A Participant who receives a Final Written Warning will not be eligible for any SICP for the Performance Period in which the warning was issued to the Participant.  A Participant who is placed on a Performance Improvement Plan will have his/her SICP reduced by 50% for the Performance Period in which the Performance Improvement Plan was issued.

## Termination of Employment

Except as explicitly superseded in a Sub Plan document, incentive payments under the SICP are not earned until the end of the Sub Plan Performance Period.  In order to be eligible for an incentive payment, the Participant must be employed by the Company through the last day of the Sub Plan Performance Period except as expressly set forth in this document or in a Sub Plan document.



A Participant who voluntarily resigns or is terminated for Cause (as defined below*) prior to the end of the Sub Plan Performance Period is not eligible for payment for that Sub Plan Performance Period.

Participants terminated Involuntarily without Cause may be eligible for a prorated incentive award based on his/her last day worked at the discretion of the Company. The prorated incentive payout may be conditioned upon the Participant's execution of a separation and release agreement at the discretion of the Company, subject to applicable law.

A Participant whose employment is terminated resulting from a Divestiture or Outsourcing Arrangement may be eligible for a prorated incentive payout based on the last day worked at the discretion of the Company if the following conditions are met:

1. The Divestiture is an asset or stock transaction of a portion of the Company (not a Change-in-Control transaction); and,
2. The Participant is offered and accepts Comparable Employment (define?) with the buyer, successor employer, or Outsourcing Agent; and,
3. The Participant does not terminate employment prior to the closing date of the Divestiture, or such later date as provided specifically in the applicable transaction or related agreement(s), or on the effective date of the Outsourcing Arrangement.

Any Participant whose employment is terminated as a result of the Participant's death or Permanent Disability (as that term is defined in the Mallinckrodt Pharmaceuticals Severance Plan for U.S. Employees) will receive a prorated incentive payout based on the last day worked. These individuals shall also be eligible for up to plan, and full overage bonus to be calculated based on Sub Plan Performance Period and prorated based on the number of days in the position for that Sub Plan Performance Period. As an example, if a representative on an annual Sub Plan Performance Period with interim quarterly payouts terminates as a result of Permanent Disability on December 15, incentive due would be calculated in the January incentive cycle by prorating December FYTD earnings (December FYTD earnings * (# of fiscal days in position/total # of fiscal days thru Dec FYTD period end date).

Unit based incentives are calculated based on actual units invoiced through the last day worked.

> *For purposes of the SICP, "Cause" means an employee's (i) substantial failure or refusal to perform duties and responsibilities of his job as required by the Company, other than due to disability, (ii) a material violation of any fiduciary duty owed to the Company or Subsidiary, (iii) conviction of a misdemeanor (other than a traffic offense) or felony, (iv) dishonesty, (v) theft, (vi) violation of a material Company rule or policy, or (vii) other egregious conduct, that has or could have a serious and detrimental impact on the Company and its employees. The Company, in its sole and absolute discretion, shall determine whether Cause exists.

## Payouts Following Terminations


If a terminating SICP Participant is eligible for incentive payments as defined above or as defined in a Sub Plan, the terminated Participant's final incentive payment will be made as soon as the Company can determine if and what amount is owed the Participant, subject to any conditions set forth herein. The final incentive reconciliation and payment are typically made at the same time as payments to active employees.

A Participant separating from employment for any reason in an overpay situation (advances, draws paid but not earned, equipment not returned; loans made to the Participant; terms of a relocation or signing bonus, etc.), may have amounts owed deducted from compensation due to the Participant to the maximum extent permitted by applicable law. Compensation is defined as including, but not limited to, salary, accrued vacation pay, incentive pay, commission pay, bonus payments, and expense reimbursement. The Participant shall reimburse Mallinckrodt for the balance of any overpay amount should the aforementioned deductions not cover the entire overpay balance.

The Participant's acceptance of these Terms and Conditions represents his/her agreement to these deductions.

## Leaves of Absence

Participants on an approved leave of absence shall receive all incentives earned for sales made in the Participant's territory during leave up to a maximum of twelve (12) weeks (or any longer period required under applicable state law) in a 12 month period.

Sales made in a territory while a Participant is on leave after the expiration of the 12 week period described above will not be considered for purposes of incentive compensation under this Plan while on such leave and will not be included in the payout calculations.

A rolling 12 month period is used to determine the 12-week cap for any leave for purposes of calculating the Participant's payout.

# Collection of Prior Period Overpays

Any prior Sub Plan Performance Period overpay amounts will be collected from the first payout of SICP payouts in the new Sub Plan Performance Period to the extent permitted by law. If the Participant's earnings for the new Sub Plan Performance Period fall short of the overpay amount, the Participant has the option to directly pay the money owed or agree to salary withholdings. Participants will be required to execute a repayment agreement/promissory note for the amount owed and the collection period prior to implementation of the collection.

# Appendix



## Plan Administration Template

| PLAN ADMINISTRATION | Oversight of SICP Plan Process | Participant Individual Sub-Plan | Participant Performance Goals | Participant Measurement and Payouts |
|---|---|---|---|---|
| IC Governance Committee | Approve | Approve | | |
| Business Unit Leaders | | Recommend | Recommend | |
| Sales Incentive Compensation Team | | Prepare | | Prepare |
| Finance Leaders/Business Management | | | Approve | Approve |

_____

Sarah Neill
VP, Total Rewards
02/10/2020