**Exhibit 8**

Case 21-50139-JTD    Doc 44-8    Filed 06/15/21    Page 1 of 11



1. **Purpose**

    1.1. The intent of this Global Conflict of Interest Policy ("Policy") is to identify and prevent situations in which an employee's activities conflict with, or appear to conflict with, the interests of Mallinckrodt. This Policy also provides guidance on evaluating and mitigating Conflict of Interest situations.

2. **Scope**

    2.1. Mallinckrodt plc, along with its subsidiaries and affiliated companies (collectively "Mallinckrodt" or "Company"), is committed to obeying the laws of all countries in which it conducts business. This Policy sets forth Mallinckrodt's commitment to ensure that the Company abides by all global laws concerning conflicts of interest.

    2.2. This Policy applies to all of Mallinckrodt's employees, worldwide, and covers situations where there is a risk that an employee's Personal Interests will interfere with, or has the appearance of interfering with, the Company's legitimate business interests.

    2.3. Failure to comply with this Policy could result in disciplinary action, up to and including termination.

3. **References**

    3.1. Guide to Business Conduct

    3.2. Compliance with US Healthcare Laws Policy (POLICY- 0183)

    3.3. Global Anti-Bribery/Anti-Corruption Policy (CP-GN-002-01)

    3.4. Meals, Gifts and Entertainment Policy US Policy (POLICY- 0190)

    3.5. Board of Directors Participation Policy (HR-23-13)

    3.6. Global Procure-to-Pay (P2P) Policy (GP-ProcuPol-02)

4. **Definitions**

    4.1. **Conflict of Interest**: a situation where there is a risk that a Company employee's Personal Interest will interfere with, or has the appearance of interfering with, Company's legitimate business interests.

    4.2. **Board:** the most senior advisors who have a supervisory role over a public or private company, including a non-for-profit company.

    4.3. **Close Personal Relationships**: close relative/partner/friend with whom an employee has a close personal relationship that may create an actual or perceived Conflict of Interest (e.g., spouse, child, parent, sibling, in-laws, grandparent/child, aunt, uncle, cousin, step-relatives, niece, nephew, friend, etc.).

    4.4. **Personal Interest**: broadly means interests of the employee and those of his/her Close Personal Relationships including direct or indirect financial interest in or relationship with a competitor, customer or supplier of the Company or any third party doing business with Mallinckrodt.

Confidential and Proprietary Information                                                                                             Page 1 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



5. **Responsibilities**

    5.1. This Policy is owned by the Mallinckrodt Compliance Department, in conjunction with other stakeholders, such as: the relevant Mallinckrodt business unit; Legal Department; Human Resources ("HR"); Finance Department; Procurement and Internal Audit Department.

6. **Policy**

    **6.1 General Principles**

    **6.1.1**  Employees must avoid any relationship or activity that could affect their independent judgment in the conduct of Mallinckrodt business or that conflicts with, or could reasonably give the appearance of conflicting with, Mallinckrodt's interests. In assessing whether a situation is a Conflict of Interest, the Company will examine whether the employee's interest or activity could influence, or could give the appearance of influencing, the employee's decisions on behalf of the Company.

    **6.2    Potential Conflicts of Interest**

    **6.2.1**  A distinction must be made between an actual Conflict of Interest and a potential Conflict of Interest.  A minor change in an employee's situation can turn a potential Conflict of Interest situation into an actual Conflict of Interest, such as a change in business (e.g. new position, promotion, and transfer to a new project).  Regardless of whether there is a potential or actual conflict of interest, you must disclose both based on the process outlined in Section 6.3 below.

    **6.2.2    Examples of Conflict of Interest:**

    6.2.2.1 **Outside Employment –** Generally, full-time employment outside of Mallinckrodt is prohibited and employees must not work for, consult with or otherwise assist a business that competes with Mallinckrodt or is a supplier to Mallinckrodt.  However, with certain exceptions, an employee may maintain limited employment outside the Company and such employment must not interfere with the employee's responsibility to the Company.  The employee's local HR representative must approve, in writing, any outside employment or consulting activity.  Any employee who works outside Mallinckrodt continues to be bound by all confidentiality and non-competition agreements he/she has with Mallinckrodt.

    If an employee's close relative is employed by, consults with, serves as an officer or director of or otherwise assists a supplier of goods or services, a competitor, customer or partner of Mallinckrodt, the employee must disclose the circumstances of the relationship to HR.

    6.2.2.2 **Outside Board Service -** Mallinckrodt recognizes the value of its employees participating on external Boards of public and private for-profit and/or non-profit entities.  Serving on an external Board of any customer, supplier or competitor of Company must be disclosed to HR in writing.  At no time should such a position interfere with an employee's responsibilities to Mallinckrodt.  MNK executives who participate on external Boards of public and private for profit and/or non-profit organization should refer to the *Board of Directors Participation Policy*.

Confidential and Proprietary Information                                                                                            Page 2 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



6.2.2.3 **Close Personal Relationships -** No employee should allow a close personal relationship to interfere, potentially interfere or have the appearance of interfering with the employee's objectivity in making business decisions, including, but not limited to, hiring decisions related to Mallinckrodt, and selection decisions involving contractors, suppliers, or other service providers for which their spouses or other close relatives work.

The hiring, transfer, or promoting of a close relative, must be disclosed and may be prohibited if the employment of such an individual would result in the creation of a real or implied Conflict of Interest.

This could include, but is not limited to:

- Direct or indirect supervisor/subordinate relationship or situations where an employee works for the same entity (e.g., facility, location, business unit) in which the Close Relative has broad managerial responsibilities as a member of the management team;
- Review of performance management assessments;
- The auditing, control or approval of work, expenses, compensation or contractual obligations of the individual; and
- By-passing functional segregation of duties. (e.g., close relatives in HR and Payroll may be able to circumvent normal internal controls through collusion)

Employees who become subject to this Policy's provisions due to marriage, domestic partnership, or other relationship defined by this Policy, must notify their manager and local HR representative within 30 days of the time that this new relationship status begins.

6.2.2.4 **Personal Financial Investments** - Employees may hold a financial investment in a competitor, customer, supplier or contractor where such financial interest consists of holdings of less than 1 percent of any class of securities in a widely-held corporation listed on a recognized stock exchange, or regularly traded on an over-the-counter market. However, even an investment of less than 1 percent may be considered a Conflict of Interest where the employee is in a position to control or influence Mallinckrodt's decisions or actions with respect to a transaction with such corporation and Mallinckrodt's transactions with that corporation would tend to affect the value of the employee's investment.

Employees are responsible for using good judgment to identify and review investment situations with their manager and HR representative that could pose a potential conflict. When in doubt, employees are encouraged to discuss the matter with the Legal Department.

6.2.2.5 **Acceptance and Giving of Gifts and Entertainment** - Employees and their families may not borrow or receive money or its equivalent or request monetary or non-monetary gifts from present or potential customers, suppliers, contractors or partners of the Company.

Employees are permitted to accept gifts of nominal value (less than US$50) where acceptance of the gift is meant to create goodwill and establish trust in a business relationship and would not reasonably be expected to affect the employee's independent judgment in the

Confidential and Proprietary Information                                                                                           Page 3 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



performance of his/her job. Even gifts of nominal value may not be permitted if they become frequent or are conditional. In all cases, the acceptance of gifts, meals or entertainment must comply with applicable industry codes of conduct and local laws.

Gifts include material goods, services, discounts or personal purchases of goods and services, non-business entertainment, personal travel or lodging, or any other arrangement that benefits the individual recipient.

Acceptance of modest and occasional meals and entertainment is permitted when provided by persons who have or potentially may have business with Mallinckrodt and where the primary purpose of the event is to have business discussions. The person or persons providing the meal or entertainment must be present, otherwise the meal or entertainment must be treated as a gift under this Policy.

Employees outside of the US must register all gifts and entertainment (US$15 or higher), where applicable, according to the local SOPs around gift registers. These local SOPs can be found on the International page of the Compliance section on @work.

In all cases, the giving of gifts, meals or entertainment must comply with applicable industry codes, local law, the Mallinckrodt Guide to Business Conduct, Mallinckrodt's Global Business Travel and Expense Policy, and Mallinckrodt's Global Anti-Bribery Anti-Corruption Policy.

6.2.2.6 **Direct or Indirect Interest in a Mallinckrodt Customer, Distributor, Supplier and/or Competitor** - Employees who hold a direct or indirect personal or business interest in a customer, distributor, sub-distributor, supplier, or competitor of Mallinckrodt must disclose the circumstances of such interest so that it can be evaluated to determine whether the direct or indirect interest conflicts with the employee's duties and responsibilities at Mallinckrodt. *Refer to Examples in the back of this Policy.*

6.2.2.7 **Loans and Other Favors** - It is prohibited for employees to accept or provide loans or other payments to or from persons or organizations that do, or seek to do, business with Mallinckrodt. Loans to employees from financial institutions that do business with the Company are permissible as long as the loans are made on prevailing terms and conditions and are in amounts meeting the institution's usual and ordinary lending guidelines.

Employees may not accept or give favors from or to any person or entity where it could appear that the employee is in a position to influence the relationship between such entity and Mallinckrodt. *Refer to Examples in the back of this Policy.*

Confidential and Proprietary Information                                                                 Page 4 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



### 6.3 Disclosing Conflicts of Interest

6.3.1 All Company employees must provide notice to the Company of an actual or potential Conflict of Interest within 30 days of employee's knowledge, relationship change and/or of the conflict arising by completing the Conflict of Interest Disclosure Form available on the Global Policies Library and the Compliance site on @work.

6.3.2 Certain employees (senior level managers and all employees regularly involved in contracting, purchasing, sale or lease of services, materials, property or products, such as employees in a procurement role) have to complete an annual Conflict of Interest disclosure questionnaire.

6.3.3 New employees have to complete a Conflict of Interest Disclosure Form as part of the hiring process according to local procedures.

6.3.4 Disclosure of potential or actual Conflicts of Interest are held in confidence.  Local employment laws, General Data Protection Regulation (GDPR) and other applicable laws apply.

### 6.4 Assessing and Mitigating Conflicts of Interest

6.4.1 Generally, HR and Compliance Departments are the initial points of contact to assess each disclosure.

6.4.2 On an ad hoc basis, additional reviewers may be identified based on the required expertise needed to assess the disclosure (e.g., Legal Department, Internal Audit, Procurement, etc.). In case of a potential or actual Conflict of Interest, the employee and his/her manager will be notified to discuss the situation.  If needed, a mitigation/corrective action plan will be determined and also communicated to the employee and his/her manager.

6.4.3 If a consensus cannot be reached, the situation will be escalated to upper management of the reviewers.  Final decision is documented in the Conflict of Interest Disclosure Form and filed in the employee's HR personnel file.

## 7. Attachment

7.1. Conflict of Interest Disclosure Form

7.2. Examples of Conflict of Interest

Confidential and Proprietary Information                                                                                   Page 5 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



## 8. Revision History

| Revision No. | Change Description |
|---|---|
| This Policy was adopted by Mallinckrodt Pharmaceuticals as part of separation from Covidien effective 7/1/2013 | • 2013 (Policy: LG-GC-002-01) |
| 1 | • Added section on how to evaluate and mitigate conflicts<br>• Added examples and activities that could be perceived as a conflict, such as board participation by non-executive employees<br>• Expanded and added definitions: Conflict of Interest, Board, Close Personal Relationships, and Personal Interests<br>• Combined Acceptance of Gifts and Giving of Gifts sections and added in Ex-US guidance<br>• Added a new section outlining the responsibilities of MNK employees in disclosing and assessing conflicts |

Confidential and Proprietary Information                                                                                              Page 6 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



**Attachment 7.1**

**Mallinckrodt Global Conflict of Interest Disclosure Form**

Employees should always try to avoid any relationship or activity that could affect their independent judgment in the conduct of Mallinckrodt business or that conflicts with, or could reasonably give the appearance of conflicting with, Mallinckrodt's interests. In addition, you must disclose potential conflicts so the Company can determine if any additional steps need to be taken to safeguard both the interests of the employee and MNK. In assessing whether a situation poses a conflict of interest, a prime consideration is whether the employee's interest or activity could influence, or could give the appearance of influencing, the employee's decisions on behalf of the Company.

Examples of activities and/or relationships (including close family and personal relationships) that could be considered to affect an employee's independent judgment may include outside employment relationships, personal relationships, personal investments, acceptance of gifts and entertainment, giving of gifts and entertainment, or loans and other favors.

**All employees must provide notice to the Company of an actual or potential conflict of interest by completing the text box below.** Please provide sufficient detail to allow for a fair and thorough review of the apparent conflict.

Please describe the actual or potential conflict in detail:

[ ]

*I certify that the above statements made by me are true and complete to the best of my knowledge. I am also aware that Company policy requires me to promptly disclose any change in the information provided herein.*

_____         _____
Signature              (Date)                          Location/Division

_____         _____
Name (Please Print)                                    Position

**Forms should be emailed to your Manager and HR.**

HR US: HRHelpline@mnk.com          HR International: HRHelplineOUS@mnk.com

Confidential and Proprietary Information                    Page 7 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.



## Attachment 7.2

## Examples of Conflicts of Interest

**Direct or Indirect Interest in a Mallinckrodt Customer, Distributor, Supplier and/or Competitor**

Personal Interest includes Close Relatives that work at healthcare institutions where Mallinckrodt conducts business.

Some examples are:

- Ernest is a sales representative, and he creates a new company to distribute pharmaceutical products.
- Dwayne is an employee whose sister operates a vending machine company. He learns that his plant will soon be choosing a new vending service. Dwayne gives his sister the terms of the best proposal received so far. She then submits a better proposal on behalf of her company.
- Fred is a plant procurement manager. He outsources some work to a supplier he knows although the plant's internal staff is capable of doing the work.

**Loans and Other Favors**

- An example is where a Mallinckrodt supplier proposes to hire the child of a Mallinckrodt employee for a summer job, and the Mallinckrodt employee has a business relationship with the supplier.

Confidential and Proprietary Information                                                                                               Page 8 of 8

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.

## Signature Manifest

**Document Number:** POLICY-0268  **Revision:** 1
**Title:** Global Conflict of Interest

All dates and times are in Eastern Standard Time.

**Policy-0268**

### DCC Review

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Liam Keary (LIAM.KEARY) | VP Quality Systems | 01 Feb 2019, 04:35:21 AM | Approved |

### Create/Revise

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| karen yutsus (KAREN.YUTSUS) | | 01 Feb 2019, 08:21:05 AM | Complete |

### Peer Collaboration

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| karen yutsus (KAREN.YUTSUS) | | 01 Feb 2019, 08:23:13 AM | Complete |

### Doc Control Review

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Erica Mohamed (ERICA.MOHAMED) | | | |
| Kimberly Valente (KIMBERLY.VALENTE) | | | |
| Qudsia Asim (QUDSIA.ASIM) | | | |
| Elizabeth Bunting (ELIZABETH.BUNTING) | | 01 Feb 2019, 11:08:03 AM | Complete |

### Manager Training Approval

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Karen Sheehy (KAREN.SHEEHY) | | 06 Feb 2019, 09:39:24 AM | Approved |

### Author/Department Approval

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.

3/1/2019

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| karen yutsus (KAREN.YUTSUS) | | 06 Feb 2019, 09:54:14 AM | Approved |
| Karen Sheehy (KAREN.SHEEHY) | | 06 Feb 2019, 09:58:29 AM | Approved |
| Michael Viscido (VISCIDM) | Director of Quality Systems | 08 Feb 2019, 01:31:51 AM | Approved |
| Mark Casey (MARK.CASEY) | General Counsel | 08 Feb 2019, 09:01:59 AM | Approved |
| Ian Watkins (IAN.WATKINS) | CHIEF HUMAN RESOURCES OFFICER | 11 Feb 2019, 05:31:16 PM | Approved |

### Final QA Approval

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Liam Keary (LIAM.KEARY) | VP Quality Systems | 12 Feb 2019, 05:11:08 AM | Approved |

### Training

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Constance Butler (BUTLERCP) | | | |
| Melissa Gischel (GISCHEM) | | | |
| Tom Kowal (TOM.KOWAL) | | | |
| Charles Slifkoff (CHARLES.SLIFKOFF) | Consultant | 01 Mar 2019, 10:08:14 AM | Approved |

### Change Control Approval

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Elizabeth Bunting (ELIZABETH.BUNTING) | | | |
| Erica Mohamed (ERICA.MOHAMED) | | | |
| Kimberly Valente (KIMBERLY.VALENTE) | Document Control Specialist | 01 Mar 2019, 10:11:02 AM | Approved |

### Set Dates

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| Erica Mohamed (ERICA.MOHAMED) | | | |
| Kimberly Valente (KIMBERLY.VALENTE) | | | |
| Qudsia Asim (QUDSIA.ASIM) | | | |
| Nino Zozzaro (ZOZZARN) | | | |
| Elizabeth Bunting (ELIZABETH.BUNTING) | | 01 Mar 2019, 10:15:42 AM | Approved |

### Notification

| Name/Signature | Title | Date | Meaning/Reason |
|---|---|---|---|
| karen yutsus (KAREN.YUTSUS) | | 01 Mar 2019, 10:15:43 AM | Email Sent |

Doc #: POLICY-0268  Rev: 1  Vault: CORP-POLICY Effective  Effective: 01 Mar 2019 10:15 AM  Printed : 17 Feb 2021  Valid as of: 01 Mar 2019.

3/1/2019